JUDGE KAPLAN

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA  :

　　　　- v. -　　　　　　　　:　　SEALED
　　　　　　　　　　　　　　　　　INDICTMENT
BERNARDO A. APONTE  :　　06 Cr. ____

　　　　Defendant.　　　　:　　06 CRIM. 912

- - - - - - - - - - - - - - - x

**COUNTS ONE THROUGH SIXTY-THREE**
(False and Fraudulent Claims)

The Grand Jury charges:

Background

1.　At all relevant times to this Indictment, BERNARDO A. APONTE, the defendant, resided at 1405 White Plains Road, Bronx, New York.

2.　Individuals report income on a U.S. Individual Income Tax Return, Form 1040, which must be filed with the Internal Revenue Service ("IRS"). The income that individuals must report on this form includes, among other things, wages and non-employee compensation paid to individuals by third parties for work or services performed.

3.　IRS Form 1099 ("Miscellaneous Income"), similar in purpose to IRS Form W-2 ("Wage and Tax Statement"), is a form prepared by third-party payers documenting compensation and other income paid to non-employee workers (such as independent contractors) and other payees.

4.   The Earned Income Tax Credit ("EITC"), sometimes called the Earned Income Credit ("EIC"), is a refundable federal income tax credit for low-income working individuals and families. When the EITC exceeds the amount of taxes owed, it results in a tax refund to those who claim and qualify for the credit. To qualify for the EITC, one of the threshold requirements is that the taxpayer's adjusted gross income be under a certain amount.

## The Fraud Scheme

5.   Beginning in or about March 2003, and continuing through at least November 2003, BERNARDO A. APONTE, the defendant, used, without lawful authority, the identities of unsuspecting individuals to prepare, file, and cause to be filed false and fictitious income tax returns claiming fraudulent refunds. The fraudulent individual tax returns filed with the IRS reported minimal adjusted gross income, claimed the EITC, and, thus, requested a refund from the IRS.

6.   Each of the fraudulent returns filed with the IRS asserted that the individual named in the return earned income from a third-party payer. Filed with each return was a Form 1099, purportedly documenting the compensation earned by the named individual, and the purported third-party from whom such compensation was received.

7. In truth, the individuals named in the returns never worked for the purported third-party payors, never earned income as reflected in the Form 1099s, and never filed, or directed others to file, the purported tax returns filed with the IRS in their names. The U.S. Individual Tax Returns and the accompanying 1099 forms were part of the scheme to obtain fraudulent refunds from the IRS.

8. Each fraudulent return that the defendant, BERNARDO A. APONTE, caused to be filed, and aided and abetted in filing, utilized the EITC as the vehicle by which a payment from the IRS would be obtained. By reporting minimal adjusted gross income, and by claiming dependent children on each return, the individual named in the return was purportedly entitled to claim the EITC. Because the returns reported minimal taxes due, that is, in an amount less than the EITC claimed, the individual named in the return was purportedly entitled to a refund check from the IRS.

9. In order to ensure that he would receive any refunds issued by the IRS, rather than the individual in whose name the return was filed, BERNARDO A. APONTE, the defendant, also listed on the returns addresses to which he had access, and to which he knew the fraudulent refund checks would be sent.

10. The defendant was successful in obtaining refund checks from the IRS with respect to some of the fraudulent returns he caused to be filed. Defendant obtained at least

seventeen refund checks which together totaled $31,165, depositing these fraudulently-obtained refund checks into bank accounts which he controlled.

## Statutory Allegations

11. On or about the dates set forth below, in the Southern District of New York, and elsewhere, BERNARDO A. APONTE, the defendant, unlawfully, willfully and knowingly did make and present, and did aid and abet in the making and presenting, to a person and officer in the civil service of the United States and to a department and agency thereof, to wit, the IRS, claims upon and against the United States and the IRS, knowing such claims to be false, fictitious and fraudulent, to wit, defendant BERNARDO A. APONTE made, filed, and caused to be filed with the IRS, false and fraudulent U.S. Individual Income Tax Returns, Forms 1040, on or about the dates set forth below, using the names of the individuals listed below, which returns claimed refunds in the amounts set forth below:

| COUNT | DATE FILED | NAME ON RETURN | REFUND CLAIMED |
|---|---|---|---|
| 1 | 4/9/2003 | Individual 1 | $2,219 |
| 2 | 11/18/2003 | Individual 1 | $2,505 |
| 3 | 3/8/2003 | Individual 2 | $2,476 |
| 4 | 4/15/2003 | Individual 3 | $2,347 |
| 5 | 4/15/2003 | Individual 3 | $2,192 |
| 6 | 4/20/2003 | Individual 3 | $2,374 |
| 7 | 4/13/2003 | Individual 4 | $2,219 |
| 8 | 4/9/2003 | Individual 5 | $2,219 |

| COUNT | DATE FILED | NAME ON RETURN | REFUND CLAIMED |
|---|---|---|---|
| 9 | 4/13/2003 | Individual 6 | $2,219 |
| 10 | 4/13/2003 | Individual 7 | $2,219 |
| 11 | 3/8/2003 | Individual 8 | $2,544 |
| 12 | 4/12/2003 | Individual 9 | $2,219 |
| 13 | 4/9/2003 | Individual 10 | $2,219 |
| 14 | 4/10/2003 | Individual 11 | $2,219 |
| 15 | 4/9/2003 | Individual 12 | $2,219 |
| 16 | 11/21/2003 | Individual 13 | $1,365 |
| 17 | 3/8/2003 | Individual 13 | $1,365 |
| 18 | 3/22/2003 | Individual 14 | $1,131 |
| 19 | 3/14/2003 | Individual 14 | $2,221 |
| 20 | 4/20/2003 | Individual 14 | $2,413 |
| 21 | 4/10/2003 | Individual 15 | $2,219 |
| 22 | 3/7/2003 | Individual 16 | $2,556 |
| 23 | 4/10/2003 | Individual 17 | $2,219 |
| 24 | 4/11/2003 | Individual 18 | $2,219 |
| 25 | 4/10/2003 | Individual 19 | $2,219 |
| 26 | 4/12/2003 | Individual 20 | $2,219 |
| 27 | 4/10/2003 | Individual 21 | $2,219 |
| 28 | 3/7/2003 | Individual 22 | $2,297 |
| 29 | 4/13/03 | Individual 23 | $2,219 |
| 30 | 3/17/03 | Individual 24 | $2,234 |
| 31 | 3/12/03 | Individual 24 | $2,306 |
| 32 | 3/16/03 | Individual 24 | $1,312 |
| 33 | 3/20/03 | Individual 25 | $2,177 |
| 34 | 3/18/03 | Individual 25 | $2,427 |
| 35 | 4/9/03 | Individual 26 | $2,219 |
| 36 | 3/21/03 | Individual 27 | $2,022 |

| COUNT | DATE FILED | NAME ON RETURN | REFUND CLAIMED |
|---|---|---|---|
| 37 | 3/21/03 | Individual 27 | $2,108 |
| 38 | 3/21/03 | Individual 27 | $2,413 |
| 39 | 3/21/03 | Individual 27 | $2,505 |
| 40 | 4/09/03 | Individual 28 | $2,219 |
| 41 | 4/9/03 | Individual 29 | $2,219 |
| 42 | 4/9/03 | Individual 30 | $2,219 |
| 43 | 4/13/03 | Individual 31 | $2,219 |
| 44 | 4/12/03 | Individual 32 | $2,219 |
| 45 | 4/9/03 | Individual 33 | $2,219 |
| 46 | 3/20/03 | Individual 34 | $2,149 |
| 47 | 3/19/03 | Individual 34 | $2,136 |
| 48 | 3/18/03 | Individual 34 | $2,399 |
| 49 | 4/9/03 | Individual 35 | $2,219 |
| 50 | 4/13/03 | Individual 36 | $2,219 |
| 51 | 4/9/03 | Individual 37 | $2,219 |
| 52 | 4/9/03 | Individual 38 | $2,219 |
| 53 | 4/13/03 | Individual 39 | $2,219 |
| 54 | 4/13/03 | Individual 40 | $2,219 |
| 55 | 4/13/03 | Individual 41 | $2,219 |
| 56 | 4/12/03 | Individual 42 | $2,219 |
| 57 | 4/11/03 | Individual 43 | $2,219 |
| 58 | 4/12/03 | Individual 44 | $2,219 |
| 59 | 4/12/03 | Individual 45 | $2,219 |
| 60 | 4/11/03 | Individual 46 | $2,219 |
| 61 | 3/17/03 | Individual 47 | $2,149 |
| 62 | 3/17/03 | Individual 47 | $2,192 |
| 63 | 3/17/03 | Individual 47 | $2,418 |

(Title 18, United States Code, Sections 287 & 2)

## COUNTS SIXTY-FOUR THROUGH SEVENTY-SIX

(Identity Theft)

The Grand Jury charges:

12. The allegations contained in paragraphs 1 through 11 are repeated, realleged and incorporated by reference as though fully set forth herein.

13. On or about the dates set fourth below, in the Southern District of New York, and elsewhere, the defendant, BERNARDO A. APONTE, without lawful authority, did knowingly use, and did aid and abet the use of, a means of identification of other persons, to wit, the names and social security numbers of the individuals listed below, with the intent to commit unlawful activities that constitute violations of Federal law, to wit, the filing of false and fraudulent claims, and aiding and abetting in the filing of fraudulent claims, with an agency of the United States in violation of 18 U.S.C. §§ 287 and 2, with the said means of identification having been transported in the mail in the course of such use:

| COUNT | NAME ON TAX RETURN MAILED TO IRS | DATE MAILED | MEANS OF IDENTIFICATION USED WITHOUT LAWFUL AUTHORITY | FALSE REFUND CLAIMED |
|---|---|---|---|---|
| 64 | Individual 1 | 4/9/03 | Name/Social Security Number | $2,219 |
| 65 | Individual 1 | 11/18/03 | Name/Social Security Number | $2,505 |

7

| COUNT | NAME ON TAX RETURN MAILED TO IRS | DATE MAILED | MEANS OF IDENTIFICATION USED WITHOUT LAWFUL AUTHORITY | FALSE REFUND CLAIMED |
|---|---|---|---|---|
| 66 | Individual 13 | 3/8/03 | Name/Social Security Number | $1,365 |
| 67 | Individual 13 | 11/21/03 | Name/Social Security Number | $1,365 |
| 68 | Individual 17 | 4/10/03 | Name/Social Security Number | $2,219 |
| 69 | Individual 4 | 4/13/03 | Name/Social Security Number | $2,219 |
| 70 | Individual 6 | 4/13/03 | Name/Social Security Number | $2,219 |
| 71 | Individual 19 | 4/10/03 | Name/Social Security Number | $2,219 |
| 72 | Individual 5 | 4/9/03 | Name/Social Security Number | $2,219 |
| 73 | Individual 12 | 4/9/03 | Name/Social Security Number | $2,219 |
| 74 | Individual 15 | 4/10/03 | Name/Social Security Number | $2,219 |
| 75 | Individual 18 | 4/11/03 | Name/Social Security Number | $2,219 |
| 76 | Individual 22 | 3/7/03 | Name/Social Security Number | $2,297 |

(Title 18, United States Code, Sections 1028(a)(7) & 2)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v -

**BERNARDO A. APONTE,**

Defendant.

**INDICTMENT**

06 Cr.

[18 U.S.C. §§ 287 and 2]
[18 U.S.C. §§ 1028(a)(7) and 2]

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____ Foreperson.