CR 12 (Rev. 5/03)

# WARRANT FOR ARREST

| **United States District Court** | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>BERNARDO A. APONTE | DOCKET NO.<br>**06 CRIM. 912** | MAGISTRATE'S CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Bernardo A. Aponte<br>(Address Unknown/Unconfirmed) | |
| WARRANT ISSUED ON THE BASIS OF: ☐ Order of Court<br>X Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST | |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Defendant caused to be filed false, fictitious, and fraudulent claims with a government agency, to wit, the Internal Revenue Service, in violation of 18 U.S.C. § 287; the defendant also committed identity theft, in violation of 18 U.S.C. § 1028(a)(7). (See Indictment for further description of offenses).

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>287; 1028(a)(7); 2 |
|---|---|---|
| | BAIL | OTHER CONDITIONS OF RELEASE |
| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED<br>10/3/06 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 6/25/08 | NAME AND TITLE OF ARRESTING OFFICER<br>Henry McCabe<br>Special Agent | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 6/25/08 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.