MEMO ENDORSED

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

August 13, 2008

**BY HAND DELIVERY**
Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   **United States v. Bernardo Aponte**
      06 Cr. 912 (LAK)

Dear Judge Kaplan:

    With the consent of the government, I write on behalf of my client, Bernardo Aponte, to request a two-week adjournment of the motion schedule in the above-referenced case. The additional two weeks are necessary so that Mr. Aponte and I can complete our review of the discovery together with the aid of a Spanish interpreter.

    At a conference on July 2, 2008, the Court set the following schedule: Defense motions due by August 15, Government response due by August 29, and oral argument on September 12 at 10:30. I request that all of the dates be adjourned by two weeks.

    Assistant United States Attorney John Kane (telephone number 202-353-9715) informs me that the government consents to this request.

MEMO ENDORSED

    Mr. Aponte consents to the exclusion of time between September 12 and the adjourn date for oral argument from any speedy trial calculation.

Application granted. Defense motions are now due 8/29/2008, Government response due 9/12/2008, and oral argument, or a conference if no motions are filed, is now scheduled for September 23rd, 2008 at 2:30pm. Time from today through 9/23/08 is excluded from speedy trial calculations in the interests of justice.

So Ordered: _____
                U.S.D.J. - Part I
                8/   /2008

Respectfully submitted,

Peggy M. Cross
Staff Attorney
Tel.: (212) 417-8732

cc:   AUSA John Kane (via facsimile, 202-616-1786)